UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
AVIS MULLINS, *individually and on behalf of* :
*all others similarly situated*, :
:
                         Plaintiff,    :        24-CV-00824 (VSB)
:
              -against-    :          **ORDER**
:
NOVATECH, *a foreign company*, *et al.*, :
:
                       Defendants.  :
:
------------------------------------------------------------X

**VERNON S. BRODERICK**, United States District Judge:

       To facilitate consistent deadlines in this case, the deadline for all Defendants to answer the Second Amended Complaint is hereby extended to September 26, 2024.

SO ORDERED.

Dated:    August 27, 2024
              New York, New York

                                                VERNON S. BRODERICK
                                                United States District Judge