```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
AVIS MULLINS, individually and on behalf of                 :
all others similarly situated,                              :
                                                            :
                                Plaintiff,                  :   24-CV-824 (VSB)
                                                            :
                -against-                                   :   ORDER
                                                            :
NOVATECH, et al.,                                           :
                                                            :
                                Defendants.                 :
                                                            :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

        Defendants Dapilinu "Dap" Dunbar, Corrie J. Sampson, John Garofano, Bob Bearden, Steven Greene, Stanley Richards, Devey Dejong, Bob St. Louis, Sophia St. Louis, Heather Belanger, Goldentastic Consulting LLC, Marsha Hadley, Micheline Thomas, Jose Bart, Atukuzwe Nyirenda, Andrelle Calixte, George Fraser, Yvonne Murren and Martin Jean Zizi, Trinity of Success Club, Inc., Positive Vision Marketing, LLC and Samantha Zizi moved to dismiss Plaintiff's Second Amended Complaint on October 28, 2024. (Doc. 235.) On November 21, 2024, that same group of Defendants filed a document titled "Amended Motion to Dismiss" with a footnote stating: "The Amended only changes the original as to Helen Berlanger is now correctly identified as Heather Belanger and Defendant, Bob Bearan [sic] is now correctly identified as Bob Bearden. Additionally, the original incorrectly omitted Defendant Goldenstastic Consulting, LLC." (Doc. 250 at 1 n.1). The motion to dismiss at Doc. 235 is hereby DENIED AS MOOT in light of the amended motion to dismiss at Doc. 250.

        In addition, Defendants Kyle Farman and Sera Orion, LLC jointly requested oral argument on their motion to dismiss. (Doc. 249.) The motion for oral argument is hereby DENIED.

     The Clerk of Court is respectfully directed to terminate Docs. 235 and 249.

SO ORDERED.

Dated:    September 16, 2025
             New York, New York

                                                 VERNON S. BRODERICK
                                                 United States District Judge