UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
                                                         :
MULLINS *individually and on behalf of all*              :
*others similarly situated, and* UNITED                  :
INVESTOR COMMUNITY,                                       :
                                                         :                24-CV-824 (VSB)
                                        Plaintiffs,       :
                                                         :                      **ORDER**
                   -against-                              :
                                                         :
NOVATECH, *a foreign company, et al.*,                   :
                                                         :
                                                         :
                                        Defendants.       :
                                                         :
---------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

        Plaintiffs filed this action on February 5, 2024.  (Doc. 1.)  On February 7, 2024, Plaintiffs

filed a First Amended Complaint.  (Doc. 2.)  On August 9, 2024, Plaintiffs filed their Second

Amended Complaint, the operative complaint in this matter.  (Doc. 37 ("Second Amended

Complaint" or "SAC").)  There are 91 named defendants in the Second Amended Complaint.  Of

these 91 named defendants, to date, Plaintiffs have not effectuated service on 37 Defendants:

Novatech, Cynthia Petion, Eddy Petion, Novatech, Ltd, Novatech Advisors, LLC, Nova Pay,

LLC, Novatrading OU, Smart Bit Inc., Deborah Brasil, Joel Scott Whitney, Stevan Cunningham,

Crowned One Ministries, AWS Mining PTY, Roni Jose Pinheiro Dos Santos Junior, Albert Jules,

Heinz P. Dubini, Allen Mullins, Michele McNeeley, Newman Batanayi Madzikwa, Rosie

Hammond, Owens Brown, Shirley Xavier, James Simeon, Ranulfo Neto, Mary Graig-Brown,

Steve Bliznicenko, David Schomberg, John Ninan, Vincent Thomas, Shena McHenry, Heinz

Peter Dubinin, Arleigh Matthew, Dennis O. Cunningham, Jean St. Louis, Olivier Chimpiringa

Luhaze, Music Pays Inc., and MT Solutions.

Accordingly, it is hereby:

ORDERED that, no later than April 8, 2026, Plaintiffs shall submit a letter of no more than three (3) pages, supported by legal authority, demonstrating good cause as to why the complaint should not be dismissed against these unserved defendants pursuant to Federal Rule of Civil Procedure 4(m). "Good cause is generally found only in exceptional circumstances where the plaintiff's failure to serve process in a timely manner was the result of circumstances beyond its control." *E. Refractories Co. v. Forty Eight Insulations, Inc.*, 187 F.R.D. 503, 505 (S.D.N.Y. 1999) (internal quotation marks omitted). "District courts consider the diligence of plaintiff's efforts to effect proper service and any prejudice suffered by the defendant as a consequence of the delay." *Id.* "An attorney's inadvertence, neglect, mistake or misplaced reliance does not constitute good cause." *Howard v. Klynveld Peat Marwick Goerdeler*, 977 F. Supp. 654, 658 (S.D.N.Y. 1997). Plaintiffs are warned that failure to submit a letter and to demonstrate good cause for failure to serve the 37 unserved defendants will result in dismissal of this action against these 37 defendants.

SO ORDERED.

Dated:    March 31, 2026
New York, New York

Vernon S. Broderick
United States District Judge

2