UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                      :
MULLINS *individually and on behalf of all*           :
*others similarly situated*, *and* UNITED             :
INVESTOR COMMUNITY,                                    :
                                                      :                    24-CV-824 (VSB)
                                        Plaintiffs,    :
                                                      :                       **ORDER**
                         -against-                     :
                                                      :
NOVATECH, *a foreign company*, *et al.*,               :
                                                      :
                                                      :
                                        Defendants.    :
                                                      :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

On March 30, 2026, I issued an Opinion & Order on the motions to dismiss of Kyle

Farman, Sera Onion, LLC's, Dapilnu Dunbar, Corrie J. Sampson, John Garofano, Robert

Bearden, Steven Greene, Stanley G. Richards, Devey Dejong, Bob St. Louis, Sophia St. Louis,

Heather J. Belanger, Goldentastic Consulting LLC, Marsha Hadley, Micheline Thomas, Marie

Josee Jean-Bart, Atukuzwe Nyirenda, Andrelle Calixte, George C. Fraser, Yvonne Murren,

Martin Jean Zizi, Trinity of Success Club, Inc., Positive Vision Marketing, LLC, Samantha Zizi,

Ricardo Roy, Antonio Arnold, and Troy Rejda (collectively "Moving Defendants").  (Doc. 292.)

In my Opinion & Order, I warned that "[f]ailure to file a third amended complaint" within thirty

days of the Opinion & Order "may result in dismissal of the [s]econd [a]mended [c]omplaint

with prejudice."  (*Id.* at 8.)  It has now been more than thirty days since the Opinion & Order was

filed.  If a third amended complaint is not filed by June 10, 2026, the second amended complaint

will be dismissed with prejudice as to the Moving Defendants.

SO ORDERED.

Dated:    May 1, 2026
New York, New York

Vernon S. Broderick
United States District Judge

2