UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                      :

MULLINS *individually and on behalf of all* : 
*others similarly situated*, *and* UNITED : 
INVESTOR COMMUNITY, :

                               :            24-CV-824 (VSB)

                     Plaintiffs, :

                               :             **<u>ORDER</u>**

             -against- :

NOVATECH, *a foreign company*, *et al.*, :

                     Defendants. :

-------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

On March 30, 2026, I issued an Opinion & Order on the motions to dismiss of Kyle Farman, Sera Onion, LLC, Dapilnu Dunbar, Corrie J. Sampson, John Garofano, Robert Bearden, Steven Greene, Stanley G. Richards, Devey Dejong, Bob St. Louis, Sophia St. Louis, Heather J. Belanger, Goldentastic Consulting LLC, Marsha Hadley, Micheline Thomas, Marie Josee Jean-Bart, Atukuzwe Nyirenda, Andrelle Calixte, George C. Fraser, Yvonne Murren, Martin Jean Zizi, Trinity of Success Club, Inc., Positive Vision Marketing, LLC, Samantha Zizi, Ricardo Roy, Antonio Arnold, and Troy Rejda (collectively "Moving Defendants"). (Doc. 292.) In my Opinion & Order, I warned that "[f]ailure to file a third amended complaint" within thirty days of the Opinion & Order "may result in dismissal of the [s]econd [a]mended [c]omplaint with prejudice." (*Id.* at 8.) On May 1, 2026, I issued a second order *sua sponte* extending Plaintiffs' deadline to file their complaint until June 10, 2026. (Doc. 296.) It is now June 11, 2026. Plaintiffs have failed to file a third amended complaint. Therefore, the complaint is hereby DISMISSED as to the Moving Defendants.

Further, on March 31, 2026, I issued an order explaining that Plaintiffs had failed to serve Defendants Novatech, Cynthia Petion, Eddy Petion, Novatech, Ltd, Novatech Advisors, LLC, Nova Pay, LLC, Novatrading OU, Smart Bit Inc., Deborah Brasil, Joel Scott Whitney, Stevan Cunningham, Crowned One Ministries, AWS Mining PTY, Roni Jose Pinheiro Dos Santos Junior, Albert Jules, Heinz P. Dubini, Allen Mullins, Michele McNeeley, Newman Batanayi Madzikwa, Rosie Hammond, Owens Brown, Shirley Xavier, James Simeon, Ranulfo Neto, Mary Graig-Brown, Steve Bliznicenko, David Schomberg, John Ninan, Vincent Thomas, Shena McHenry, Heinz Peter Dubinin, Arleigh Matthew, Dennis O. Cunningham, Jean St. Louis, Olivier Chimpiringa Luhaze, Music Pays Inc., and MT Solutions (collectively "Unserved Defendants"). (Doc. 293.) In my order I directed Plaintiffs to "submit a letter of no more than three (3) pages, supported by legal authority, demonstrating good cause as to why the complaint should not be dismissed against unserved defendants [in this case] pursuant to Federal Rule of Civil Procedure 4(m)," by April 8, 2026. (*Id.* at 2.) On April 8, 2026, Plaintiffs' counsel requested a sixty-day extension, until June 8, 2026 to respond to my order at Doc. 293, (Doc. 294), which I granted, (Doc. 295). It is now June 11, 2026, and Plaintiffs have failed to show cause as to why the complaint should not be dismissed against the Unserved Defendants. Therefore, the complaint is hereby DISMISSED as to the Unserved Defendants.

The Clerk of Court is respectfully directed to dismiss this action as to the Moving Defendants and the Unserved Defendants.

SO ORDERED.

Dated:        June 11, 2026
New York, New York

_____
Vernon S. Broderick
United States District Judge

2