**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Avis Mullins, et al.,**

**Plaintiffs,**

**-against-**

**Novatech, et al.,**

**Defendants.**

**1:24-cv-00824 (VSB) (SDA)**

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

The parties are directed to appear for a telephone conference on Tuesday, August 25, 2026, at 3:00 p.m. to discuss the contents of the letter filed yesterday at ECF No. 298 (i.e. the claims against Bwalya Desmond), as well as all remaining claims. At the scheduled time, the parties shall each separately call (855) 244-8681 and enter access code 2319 449 5090.

**SO ORDERED.**

Dated: New York, New York
August 7, 2026

STEWART D. AARON
United States Magistrate Judge