**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Avis Mullins, et al.,**

**Plaintiffs,**

**-against-**

**Novatech, et al.,**

**Defendants.**

**1:24-cv-00824 (VSB) (SDA)**

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

A telephone conference was scheduled today, at which counsel for Defendant Bwalya Desmond appeared, and counsel for Plaintiffs, Mr. Jolyon Morris of Morris Legal, LLC, failed to appear. The Court notes that no other counsel of record appeared for the conference, other than counsel for Defendant Desmond. The Court attempted to contact Mr. Morris by calling the number listed on the docket, and by calling his mobile phone number, listed on the website for the Florida Bar.

For the reasons stated on the record, the Court hereby adjourns today's telephone conference to Monday, September 14, 2026 at 11:30 a.m. If Mr. Morris fails to appear at the rescheduled telephone conference, sanctions may be imposed, up to and including dismissal of all remaining claims.

**SO ORDERED.**

DATED: New York, New York
August 25, 2026

Stewart d. Aaron

STEWART D. AARON
United States Magistrate Judge