**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Avis Mullins, et al.,**

**Plaintiffs,**

**-against-**

**Novatech, et al.,**

**Defendants.**

**1:24-cv-00824 (VSB) (SDA)**

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

A telephone conference was held today, during which counsel for Plaintiffs and counsel for Defendant Bwalya Desmond appeared. For the reasons stated on the record, it is hereby ORDERED that, no later than Friday, October 16, 2026, Plaintiffs' counsel shall either file a motion of dismissal under Rule 41(a)(1)(A)(i) with respect to all remaining defendants, or file a motion to withdraw as counsel, pursuant to Local Civil Rule 1.4(b).

**SO ORDERED.**

DATED: New York, New York
September 14, 2026

Stewart d. Aaron

STEWART D. AARON
United States Magistrate Judge