**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Avis Mullins, et al.,**

**Plaintiffs,**

**-against-**

**Novatech, et al.,**

**Defendants.**

**1:24-cv-00824 (VSB) (SDA)**

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

WHEREAS, the defendants remaining in this case are as follows: BGTi, Ltd.; Scott Brewster; Desmond Bwala; Gwenda Clark; Bertha Ciceron; Frantz Ciceron; Ciceron Frantz & Associates Inc.; James Corbett; Paul J DeRenzo; Jude Dartois; Laurengine Dartois; Anthony Deloatch; Dwayne Eddings; Jean E Exantus; Larry D Golden; Sean Hubbard; Integrity Accounting Services, Inc.; John Doe 1-500; Edens Joseph; King Multi Service Agency, Inc.; Bruno Mazali; Jems Moise; Thomas Odaris; Peral Saint Jean; Society of St. Agnes, Inc.; The Catholic Diocese of Florida; Aggee Vetiaque; and

WHEREAS, on September 14, 2026, the Court ordered Plaintiffs to either file a "motion of dismissal" under Rule 41(a)(1)(A)(i) with respect to all remaining defendants, or file a motion to withdraw as counsel, pursuant to Local Civil Rule 1.4(b) (ECF No. 301); and

WHEREAS, Plaintiffs filed a notice of voluntary dismissal on October 19, 2026, with respect to all remaining defendants (*see* ECF No. 303); and

WHEREAS, on October 19, 2026, the Clerk of Court correctly noted that Rule 41(a)(1)(A)(i) cannot be used to dismiss an action where, as here, some of the defendants have filed answers (*see* 10/19/26 blue note);

NOW therefore, no later than Wednesday, November 4, 2026, Plaintiffs shall file a motion pursuant to 41(a)(2) of the Federal Rules of Civil Procedure seeking dismissal of all remaining defendants in this action.

**SO ORDERED.**

DATED: New York, New York
October 21, 2026

Stewart d. Aaron
______________________________
STEWART D. AARON
United States Magistrate Judge