**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Avis Mullins, et al.,**

**Plaintiffs,**

**-against-**

**Novatech, et al.,**

**Defendants.**

**1:24-cv-00824 (VSB) (SDA)**

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

Plaintiffs' November 5, 2026 filing (*see* ECF No. 305) was rejected by the Clerk's Office because he chose the wrong event type. (*See* 11/6/27 Blue Note.) Accordingly, it is hereby ORDERED that, no later than Friday, November 20, 2026, Plaintiffs' counsel shall refile the document, using the "Motion for Miscellaneous Relief" motion event. If Plaintiffs' counsel has any issues, he may reach out to Orders and Judgments at 212-805-0143 for assistance.

**SO ORDERED.**

DATED: New York, New York
November 13, 2026

Stewart d. Aaron
______________________________
STEWART D. AARON
United States Magistrate Judge